### 31587. HARDWICK v. HARDWICK.

PER CURIAM.

This appeal is from a judgment that awarded a divorce to the parties, granted custody of a minor child to the mother, and ordered the father to pay child support payments in the amount of $12.50 per week.

We have reviewed the record and find no reversible error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 24, 1976 — DECIDED JANUARY 5, 1977.

Willie B. Hardwick, *pro se.*
*Sharon L. Tucker,* for appellee.